IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION OF OKLAHOMA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:06-cv-02161-JR ) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) |
| Defendants. | ) ) ) |

**FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

To the Clerk of this Court and all parties of record:

Federal Defendants hereby give notice of the withdrawal of Martin J. LaLonde and Jennifer L. Allaire as co-counsel, and the substitution of Jason Bruno as counsel for the Federal Defendants. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Federal Defendants by service upon Mr. Bruno in substitution for Mr. LaLonde and Ms. Allaire at the address indicated below:

Regular Delivery:

> Jason Bruno
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663
> Telephone: (202) 305-0434
> Facsimile: (202) 353-2021
> E-mail: Jason.Bruno@usdoj.gov

Express Delivery:

>  601 D. Street, N.W.
>  Room 3205
>  Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Anthony P. Hoang, co-counsel for the Federal Defendants.

Respectfully submitted this 25th day of October, 2007.

>  RONALD J. TENPAS
>  Acting Assistant Attorney General
>
>  /s/ *Jason Bruno*
>  JASON BRUNO, DC Bar # 472290
>  ANTHONY P. HOANG, FL Bar # 798193
>  U.S. Department of Justice
>  Environment & Natural Resources Division
>  Natural Resources Section
>  P.O. Box 663
>  Washington, D.C.  20044-0663
>  Tel:   202-305-0434
>  Tel:   202-305-0241
>  Fax:   202-353-2021
>
>  jason.bruno@usdoj.gov
>  anthony.hoang@usdoj.gov
>
>  Attorneys for Federal Defendants
>
>  OF COUNSEL:
>
>  GLADYS ORR COJOCARI
>  Office of the Solicitor
>  United States Department of the Interior
>  Washington, D.C.  20240
>
>  TERESA E. DAWSON
>  Office of the Chief Counsel
>  Financial Management Service
>  United States Department of the Treasury
>  Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL was served on October 25, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

*/s/ Jason Bruno*
JASON BRUNO