**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MUSCOGEE (CREEK) NATION OF OKLAHOMA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-2161 (JR) |
| : | |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, : | |
| : | |
| Defendants. : | |

**ORDER**

Upon consent of the parties, it is **ORDERED** that proceedings are temporarily stayed, and that a joint status report be filed on or before July 3, 2008.

JAMES ROBERTSON
United States District Judge