UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Chippewa Cree Tribe of the<br>Rocky Boy's Reservation v.<br>Norton, et al. | : <br> : <br> : | Civil Action No. 02-0276 (JR) |
| Crow Creek Sioux Tribe v.<br>Kempthorne, et al. | : <br> : | Civil Action No. 04-0900 (JR) |
| Omaha Tribe of Nebraska v.<br>Kempthorne, et al. | : <br> : | Civil Action No. 04-0901 (JR) |
| Oglala Sioux Tribe v.<br>Kempthorne, et al. | : <br> : | Civil Action No. 04-1126 (JR) |
| Wyandot Nation of Kansas v.<br>Kempthorne, et al. | : <br> : | Civil Action No. 05-2491 (JR) |
| Rosebud Sioux Tribe v.<br>Kempthorne, et al. | : <br> : | Civil Action No. 05-2492 (JR) |
| Winnebago Tribe of Nebraska<br>v. Kempthorne, et al. | : <br> : | Civil Action No. 05-2493 (JR) |
| Lower Brule Sioux Tribe v.<br>Kempthorne, et al. | : <br> : | Civil Action No. 05-2495 (JR) |
| Prairie Band of Potawatomi<br>Nation v. Kempthorne, et al. | : <br> : | Civil Action No. 05-2496 (JR) |
| Cheyenne River Sioux Tribe v.<br>Kempthorne, et al. | : <br> : | Civil Action No. 06-1897 (JR) |
| Stillaguamish Tribe of<br>Indians v. Kempthorne, et al. | : <br> : | Civil Action No. 06-1898 (JR) |
| Iowa Tribe of Kansas and<br>Nebraska v. Kempthorne, et al. | : <br> : | Civil Action No. 06-1899 (JR) |
| Confederated Tribes of the<br>Goshute Reservation v.<br>Kempthorne, et al. | : <br> : <br> : | Civil Action No. 06-1902 (JR) |
| Muskogee (Creek) Nation of<br>Oklahoma v. Kempthorne, et al. | : <br> : | Civil Action No. 06-2161 (JR) |

| | |
|---|---|
| Eastern Shawnee Tribe of  :  | |
| Oklahoma v. Kempthorne, et al.: | Civil Action No. 06-2162 (JR) |
| | |
| Northwestern Band of Shoshone : | |
| v. Kempthorne, et al.    : | Civil Action No. 06-2163 (JR) |
| | |
| Red Cliff Bank of Lake   : | |
| Superior Indians v.      : | Civil Action No. 06-2164 (JR) |
| Kempthorne, et al.       : | |
| | |
| Tohono O'Odham Nation v. : | |
| Kempthorne, et al.       : | Civil Action No. 06-2236 (JR) |
| | |
| Nez Perce Tribe, et al. v. : | |
| Kempthorne, et al.       : | Civil Action No. 06-2239 (JR) |
| | |
| Passamaquoddy Tribe of   : | |
| Maine v. Kempthorne, et al. : | Civil Action No. 06-2240 (JR) |
| | |
| Salt River Pima-Maricopa : | |
| Indian Community v.      : | Civil Action No. 06-2241 (JR) |
| Kempthorne, et al.       : | |
| | |
| Ak-Chin Indian Community v. : | |
| Kempthorne, et al.       : | Civil Action No. 06-2245 (JR) |

**ORDER**

Defendants' motion for a 60-day enlargement of time to respond to Plaintiffs' record preservation motions, see, e.g., Ak-Chin v. Kempthorne, 06-2245, Dkt. # 43, is **denied**, but the government may have until June 20, 2008. The Court will hear argument on the motions on **July 24, 2008 at 10:00 a.m.**, alongside previously scheduled arguments on the government's anticipated motion to dismiss and the class certification motion in Nez Perce v. Kempthorne, 06-2239. It is **SO ORDERED**.

                                    JAMES ROBERTSON
                                    United States District Judge